■ THOMAS JOHNSON, INC., Appellant-Respondent, v STATE INSURANCE FUND, Respondent-Appellant. [934 NYS2d 892]—

Now, upon reading and filing the stipulation discontinuing appeals signed by the attorneys for the parties on September 13, 2011,

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.